AO 91 (Rev. 5/85) Criminal Complaint

## United States District Court

**ORIGINAL**

NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 17 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA
v.

PATRICK J. LEE

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:06-MJ-216

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>February 16, 2006</u>, in <u>Fulton</u> County, in the Northern District of Georgia defendant(s),

in violation of a statute or rule, provided to an inmate of a federal prison a prohibited object

in violation of Title <u>18</u> United States Code, Section(s) <u>1791(a)</u>.

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

Please see attached affidavit.

Continued on the attached sheet and made a part hereof.   (X) Yes   ( ) No

_____
Signature of Complainant
RAY E. JOHNSON

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

<u>FEBRUARY 17, 2006</u>   at   <u>ATLANTA, GEORGIA</u>
Date                              City and State

JANET F. KING
United States Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

AUSA GLENN D. BAKER/404-581-6264

## AFFIDAVIT

I, Ray E. Johnson, being duly sworn, depose and state the following:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since April of 2004. Prior to my service with the FBI, I was employed as a police officer in the State of Ohio for approximately 9 years. I am currently assigned to the Atlanta, Georgia field office and work on the Violent Crimes/Major Offenders Squad, which has the responsibility for investigating, among other things, criminal violations that occur at the United States Penitentiary, Atlanta.

2. The following information has been derived from investigation personally conducted by the affiant and based on investigative information received from other law enforcement agents and officers.

3. The U.S. Penitentiary is a facility operated by the United States Department of Justice, Bureau of Prisons and is located in the Northern District of Georgia.

4. U.S. Penitentiary, Atlanta, general population inmates are permitted to have contact visitation during scheduled hours on specified days. All visitors must secure personal belongings in locking lockers, which are located in the lobby area of the west penitentiary entrance. Prior to any visit, each person must pass through a metal detector and allow a search of their person and outer garments. Large

-1-

signs are clearly visible to all entrants, indicating that no person shall attempt to bring outside contraband, including narcotics anywhere onto or inside the U.S. Penitentiary compound. Each visitor must also sign an acknowledgment that no contraband items, such as narcotics, shall be brought onto or inside the institution.

5. On Thursday, February 16, 2006, at approximately 12:30 p.m., a visitor to the Atlanta U.S. Penitentiary attempted to provide narcotics to an inmate during a scheduled visitation. After signing all entrance documents, the visitor, identified as PATRICK LEE, triggered the metal detector alarm as he was escorted into the visitation area. The U.S. Penitentiary officer asked LEE to remove any and all items from his pockets. LEE removed a large napkin from the side pocket of his pants. The officer told LEE that no napkins, tissues or other items are permissible inside the penitentiary. LEE stated that he needed to use the restroom. He was observed going to the restroom, opening the napkin, and removing an unidentified substance. After a few moments, LEE returned and was then escorted to the general population visitation area. Because of his suspicious actions, officers kept him under close surveillance.

6. Upon arrival at the visitation area, LEE went directly to the restroom. After a short time, LEE exited the restroom and walked towards the vending machines that were located inside the visitation room. After getting a bag of potato chips from the vending machine, LEE went to the

restroom for a third time. On this visit, he carried the bag of potato chips with him. After a few more minutes in the restroom, LEE exited, carrying the now opened bag of potato chips. He walked towards the waiting area and sat in a chair. LEE folded the top of the potato chip bag and placed it on the table next to his chair.

      LEE waited for approximately 20 minutes before the inmate whom he wanted to see arrived in the waiting room. While he waited, LEE did not touch the opened bag of potato chips. The inmate, identified as LANTIS YOUNG, approached and acknowledged LEE. LEE handed YOUNG the opened bag of potato chips. Inmate YOUNG took the bag, unfolded it and took a single potato chip from the bag. Officers then escorted inmate YOUNG and LEE to separate rooms, away from the waiting area. The bag of potato chips was then taken from inmate YOUNG.

      6. Eighteen small balloons were discovered inside the potato chip bag. Several of the balloons contained a white powdery substance consistent with the physical appearance of heroin. The other balloons contained a green, leafy substance consistent with the physical appearance of marijuana. Preliminary tests indicate that the balloons contained both heroin and marijuana.

      7. The visitor was fully identified as PATRICK LEE, Date of Birth (DOB) January ▓▓▓▓ (29 years old), Social Security Account Number (SSAN) ▓▓▓-5799. LEE is a black male who is 5'10" tall and weighs approximately 170 pounds.

      8. An NCIC criminal database search for PATRICK LEE, Date of Birth (DOB) January ████████ (29 years old), Social Security Account Number (SSAN) ████████ describes LEE as a 5'10" black male, and is consistent with the U.S. Penitentiary visitor observed during the aforementioned visit.

      9. Based on the foregoing, I submit that there is probable cause to believe that PATRICK LEE has violated Title 18, United States Code, Section 1791 (a).